IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF DEREK FLATEN AND 1925 BURLINGTON DRIVE, WEST FARGO, NORTH DAKOTA | Case No. 3:25-mj-337<br><br>**MOTION TO SEAL SEARCH WARRANT AND AFFIDAVIT** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, moves the Court for an order sealing the Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Chad Tuura, Special Agent, FBI; the Search Warrant Return, and this Motion to Seal in the above-captioned matter for an additional 180 days to February 4, 2026.

In support of this motion, the United States alleges and states:

The Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Chad Tuura, Special Agent, FBI; and the Search Warrant Return, includes name(s) and information which, if made public, may compromise an on-going investigation if this information is disclosed.

Dated:  August 8, 2025

                                        JENNIFER KLEMETSRUD PUHL
                                        Acting United States Attorney

By:     /s/ *Matthew D. Greenley*
        MATTHEW D. GREENLEY
        Assistant United States Attorney
        MN Bar ID 034252X
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400

matthew.greenley@usdoj.gov
Attorney for United States

2